# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LANCE W. PESOLA & JODI A. PESOLA  
861 NOELLE BEND  
LAKE IN THE HILLS, IL  60156

SSN-xxx-xx-7429 & xxx-xx-6946

Case Number: 04-72185

Case filed on: 4/23/2004  
Plan Confirmed on: 7/27/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $29,921.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,550.00 | 1,550.00 | 1,550.00 | 0.00 |
|  | Total Legal | 1,550.00 | 1,550.00 | 1,550.00 | 0.00 |
| 999 | LANCE W. PESOLA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GREAT BANK ALGONQUIN | 15,000.00 | 15,000.00 | 15,000.00 | 2,430.86 |
| 002 | WASHINGTON MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 15,000.00 | 15,000.00 | 15,000.00 | 2,430.86 |
| 001 | GREAT BANK ALGONQUIN | 6,753.64 | 6,753.64 | 1,922.18 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 2,108.01 | 2,108.01 | 599.97 | 0.00 |
| 004 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE BANK (USA) NA | 2,437.14 | 2,437.14 | 693.64 | 0.00 |
| 006 | CAPITAL ONE BANK (USA) NA | 2,813.68 | 2,813.68 | 800.81 | 0.00 |
| 007 | FREIDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 4,643.82 | 4,643.82 | 1,321.69 | 0.00 |
| 009 | MANN BRACKEN, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MBNA AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROGERS & HOLLAND JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROGERS & HOLLAND JEWELERS | 1,206.54 | 1,206.54 | 343.40 | 0.00 |
| 014 | ILLINOIS STUDENT ASSISTANCE COMM | 7,700.35 | 0.00 | 0.00 | 0.00 |
| 015 | SAM'S CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 2,424.29 | 2,424.29 | 689.98 | 0.00 |
| 017 | B-FIRST LLC | 8,838.77 | 8,838.77 | 2,515.63 | 0.00 |
| 018 | WORLD FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 38,926.24 | 31,225.89 | 8,887.30 | 0.00 |
|  | Grand Total: | 55,476.24 | 47,775.89 | 25,437.30 | 2,430.86 |

Total Paid Claimant:     $27,868.16  
Trustee Allowance:       $2,052.84  
Percent Paid Unsecured:     28.46

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan